214

174 A.3d 514

FARIBORZ ASHTYANI, M.D., AND HACKENSACK SLEEP & PUL-
MONARY CENTER, PLAINTIFFS–PETITIONERS, v. CRITICAL
CARE UNIT RESOURCES, LLC AND LEON L. TING, M.D.,
DEFENDANTS–RESPONDENTS.

C–145 September Term 2017
079393

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002250–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.